ORIGINAL

1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 03 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HECTOR LUNA, JULIAN GARCIA,        )
FRANCISCO JAVIER LORENZO,          )
SANTOS G. MALDONADO, and           )
BARTOLO NUNEZ, individually        )   CASE NO.
and on behalf of all others        )
similarly situated,                )   1:06-cv-02000-JEC
                                   )
            Plaintiffs,            )
                                   )
   vs.                             )
                                   )
DEL MONTE FRESH PRODUCE            )
(SOUTHEAST), INC., and             )
DEL MONTE FRESH PRODUCE,           )
N.A., INC.,                        )
                                   )   DELIA ROJAS
            Defendants.            )
- - - - - - - - - - - - - - -      )

        Deposition of DELIA ROJAS, taken on behalf of the Plaintiffs, at 3400 Peachtree Road, N.E., Suite 400, Lenox Towers, Atlanta, Georgia, commencing on May 7, 2007, at 10:54 a.m., before Sherri Madeira Doyle, Certified Court Reporter, Registered Professional Reporter, and Notary Public within Georgia.



# LYON REPORTING, INC.

CERTIFIED COURT REPORTERS

P.O. BOX 81124, ATLANTA, GA 30366  770/458-5500  800/767-2030  FAX: 770/458-1277