IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HECTOR LUNA, JULIAN GARCIA,
FRANCISCO JAVIER LORENZO,
SANTOS MALDONADO, PATRICIA
WOODARD and BARTOLO NUNEZ
individually and on behalf of others
similarly situated,,

        Plaintiff,

                                    CASE NO. 1:06-cv-2000-jec

v.

DEL MONTE FRESH PRODUCE
(SOUTHEAST), INC.,

        Defendant.

## MOTION FOR PERMISSIVE JOINDER

COME NOW named Plaintiffs Hector Luna, Julian Garcia, Francisco Javier Lorenzo, Santos Maldonado, Patricia Woodard and Bartolo Nuñez who respectfully move for the permissive joinder of additional Plaintiffs, pursuant to Federal Rule of Civil Procedure 20.

Plaintiffs move the Court to join the fifty-two (52) individuals who have already joined the Count III Fair Labor Standards Act collective action claims as opt-in Plaintiffs as parties to the Count I Breach of Employment Contract and Count II Migrant and Seasonal Agricultural Worker Protection

Act claims.  The fifty-two (52) individuals whom Plaintiffs seek to join as Parties to Counts I and II were absent class members of the Rule 23 classes proposed for the litigation of the Count I and Count II claims until the Court denied class certification on March 3, 2009.  [Rec. Doc. 277 at 27.] Plaintiffs now seek the permissive joinder of the claims of these former absent class members.

Plaintiffs seek the permissive joinder of the following forty-two (42) individuals as Plaintiffs in their Count I claims for breach of the H-2A contract:

1) As set forth in Plaintiffs' proposed Third Amended Complaint, Ms. Ada Linda Garcia-Tenorio was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 ¶ 18.  Ms. Garcia joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on August 13, 2007. [Rec. Doc. 196-2.]

2) As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Adolfo Roblero-Morales was an H-2A guestworker employed by Defendant in approximately 2004.  Rec. Doc.294-1 at ¶ 19.  Mr. Roblero-Morales joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on March 23, 2007.  [Rec. Doc. 123.]

3) As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Angel Mancilla was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 at ¶ 20. Mr. Angel Mancilla joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

4) As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Aristeo Camacho-Grimaldo was an H-2A guestworker employed by Defendant in approximately 2006. Rec. Doc. 294-1 at ¶ 21.  Mr. Camacho-Grimaldo joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

5) As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Baltazar Diaz-Orozco was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 at ¶ 22.  Mr. Diaz-Orozco joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

6) As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Bernardo Cedillo-Duque was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 at ¶ 23.  Mr. Cedillo-Duque joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

7) As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Carlos Martinez-Medina was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 at ¶ 24.  Mr. Martinez-Medina joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

8) As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Cesar Arturo Garcia-Sanchez was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 at ¶ 25.  Mr. Garcia-Sanchez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

9) As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Cirilo Alvarado-Mar was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 at ¶ 26.  Mr. Alvarado-Mar joined the Fair Labor Standards Act claims

in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

10)      As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Eladio Cortez-Sanchez was an H-2A guestworker employed by Defendant from approximately 2003 to 2004.  Rec. Doc. 294-1 at ¶ 27.  Mr. Cortez-Sanchez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on June 22, 2006.  Rec. Doc. 27.

11)      As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Emilio Galarza-Banda was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 at ¶ 28.  Mr. Galarza-Banda joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

12)      As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Enrique Lopez-Loredo was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 at ¶ 29.  Mr. Lopez-Loredo joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

13)      As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Felizardo Garcia-Martinez was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 ¶ 30.  Mr. Garcia-Martinez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

14)      As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Fortunato Ortega-Santes was an H-2A guestworker employed by Defendant in approximately 2006.  Rec. Doc. 294-1 ¶ 31.  Mr. Ortega-Santes joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

15)      As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Francisco Beltran-Rojas was an H-2A

guestworker employed by Defendant from approximately 2003 to 2004.  Rec. Doc. 294-1 at ¶ 32.  Mr. Beltran-Rojas joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on June 22, 2006.  Rec. Doc. 27.

16)     As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Humberto Cepada-Rosas was an H-2A guestworker employed by Defendant in approximately 2006. Rec. Doc. 294-1 at ¶ 33.  Mr. Cepada-Rosas joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on August 13, 2007.  Rec. Doc. 196-2.

17)     As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Humberto Hernandez-Galvan was an H-2A guestworker employed by Defendant in approximately 2006. Rec. Doc. 294-1 at ¶ 34.  Mr. Hernandez-Galvan joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 12, 2007.  Rec. Doc. 152.

18)     As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. Ignacio Ibarra-Rivera was an H-2A guestworker employed by Defendant in approximately 2006. Rec. Doc. 294-1 at ¶ 35.  Mr. Ibarra-Rivera joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

19)     As set forth in Plaintiffs' proposed Third Amended Complaint, Mr. J. Isabel Martinez-Abundiz was an H-2A guestworker employed by Defendant in approximately 2006. Rec. Doc. 294-1 at ¶ 36.  Mr. Martinez-Abundiz joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

20)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 at ¶ 37], Mr. Jorge Aguilar-Esteban was an H-2A guestworker employed by Defendants in approximately 2004.  Mr. Aguilar-Esteban joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on March 23, 2007.  Rec. Doc. 123.

21)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 291-1 ¶ 38], Mr. Jose Antonio Fabian-Flores was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Fabian-Flores joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

22)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 39], Mr. Jose Hernandez-Hernandez was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Hernandez-Hernandez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 11, 2007.  Rec. Doc. 207.

23)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 40], Mr. Jose Juan Martinez-Gallegos was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Martinez-Gallegos joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

24)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 41], Mr. Jose Ricardo Zuniga-Mar was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Zuniga-Mar joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

25)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 42], Mr. Jose Victor Martinez-Mendez was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Martinez-Mendez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

26)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 43], Mr. Juan Albino Juarez-Estrada was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Juarez-Estrada joined the Fair Labor

Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

27)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 44], Mr. Lazaro Nava-Osorio was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Nava-Osorio joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

28)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 45], Mr. Leopoldo Barrios-Ortega was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Barrios-Ortega joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

29)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 46], Ms. Lorena Sierra-Gonzalez was an H-2A guestworker employed by Defendants in approximately 2006.  Ms. Sierra-Gonzalez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

30)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 47], Mr. Miguel Martinez-Martinez was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Martinez-Martinez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

31)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 48], Ms. Narcisa Moreno-Diaz was an H-2A guestworker employed by Defendants in approximately 2006.  Ms. Moreno-Diaz joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

32)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 49], Mr. Narciso Medina-Reyes

was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Narciso Medina-Reyes joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on August 13, 2007.  Rec. Doc. 196-2.

33)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 50], Mr. Pablo Medina-Reyes was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Pablo Medina-Reyes joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on November 14, 2007.  Rec. Doc. 230.

34)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 51], Mr. Pedro Barrios-Ortega was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Barrios-Ortega joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

35)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 52], Mr. Raul Escobar-Gonzalez was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Escobar-Gonzalez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on May 12, 2008.  Rec. Doc. 247.

36)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 53], Mr. Reyes Ramos-Vasquez was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Ramos-Vasquez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 12, 2007.  Rec. Doc. 152.

37)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 54], Mr. Roberto Del Angel-Carrera was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Del Angel-Carrera joined the Fair

Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

38)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 55], Mr. Roberto Mancilla-Hernandez was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Mancilla-Hernandez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

39)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 56], Mr. Sixto Mancilla-Rodriguez was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Mancilla-Rodriguez joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on July 10, 2007.  Rec. Doc. 151.

40)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 57], Mr. Teodoro Duque-Zuniga was an H-2A guestworker employed by Defendants in approximately 2006.  Mr. Duque-Zuniga joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  Rec. Doc. 42.

41)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 58], Ms. Tomasa Hernandez-Coronado was an H-2A guestworker employed by Defendants in approximately June 2006.  Ms. Hernandez-Coronado joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 21, 2006.  [Rec. Doc. 42.]

42)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 59], Mr. Uriel Patino-Corona was an H-2A guestworker employed by Defendants in approximately 2004.  Mr. Patino-Corona joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on August 4, 2006.  [Rec. Doc. 33.]

Plaintiffs also seek the permissive joinder of the following ten (10)

individuals as Plaintiffs in their Count II claims under the AWPA:

1)      As set forth in Plaintiffs' proposed Third Amended
Complaint [Rec. Doc. 294-1 ¶ 63], Mr. Adolfo Gomez was
employed by Defendants intermittently from approximately 2003
to 2006 as a migrant or seasonal agricultural worker.  Mr. Gomez
joined the Fair Labor Standards Act claims in this case as an opt-in
Plaintiff on September 29, 2006.  Rec. Doc. 53.

2)      As set forth in Plaintiffs' proposed Third Amended
Complaint [Rec. Doc. 294-1 ¶ 64], Mr. C.J. Mason was employed
by Defendants intermittently from approximately 2004 to 2006 as
a migrant or seasonal agricultural worker.  Mr. Mason joined the
Fair Labor Standards Act claims in this case as an opt-in Plaintiff
on October 24, 2006.  Rec. Doc. 59.

3)      As set forth in Plaintiffs' proposed Third Amended
Complaint [Rec. Doc. 294-1 ¶ 65], Mr. George Allen was
employed by Defendants in approximately 2005 as a migrant or
seasonal agricultural worker.  Mr. Allen joined the Fair Labor
Standards Act claims in this case as an opt-in Plaintiff on October
12, 2006.  [Rec. Doc. 58.]

4)      As set forth in Plaintiffs' proposed Third Amended
Complaint [Rec. Doc. 294-1 ¶ 66], Mr. George Worthen was
employed by Defendants in approximately 2004 as a migrant or
seasonal agricultural worker.  Mr. Worthen joined the Fair Labor
Standards Act claims in this case as an opt-in Plaintiff on May 15,
2007.  Rec. Doc. 142.

5)      As set forth in Plaintiffs' proposed Third Amended
Complaint [Rec. Doc. 294-1 ¶ 67], Ms. Hope Williams was
employed by Defendants in approximately 2004 as a migrant or
seasonal agricultural worker.  Ms. Williams joined the Fair Labor
Standards Act claims in this case as an opt-in Plaintiff on
November 13, 2006.  Rec. Doc. 70.

6)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 68], Jamil Wright was employed by Defendants during times relevant to this action as a migrant or seasonal agricultural worker.  Mr. Wright joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on May 4, 2009.  Rec. Doc. 289.

7)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 69], Ms. Kathy Williams was employed by Defendants during times relevant to this action as a migrant or seasonal agricultural worker.  Ms. Williams joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on May 4, 2009.  Rec. Doc. 289.

8)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 70], Ms. Rosa Arias was employed intermittently by Defendants from approximately 2004 to 2006 as a migrant or seasonal agricultural worker. Ms. Arias joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on February 2, 2007.  Rec. Doc. 114.

9)      As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 71], Ms. Sandreka Madison was employed by Defendants in approximately 2005 as a migrant or seasonal agricultural worker.  Ms. Madison joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on January 11, 2007.  Rec. Doc. 109.

10)     As set forth in Plaintiffs' proposed Third Amended Complaint [Rec. Doc. 294-1 ¶ 72], Ms. Veota Khamlusa was employed by Defendants in approximately 2006 as a migrant or seasonal agricultural worker.  Ms. Khamlusa joined the Fair Labor Standards Act claims in this case as an opt-in Plaintiff on September 29, 2006.  Rec. Doc. 53.

**CONCLUSION**

For the reasons set forth in Plaintiffs' accompanying Memorandum of Law, the Plaintiffs respectfully request that the Court grant their Motion for Permissive Joinder of the fifty-two proposed additional Plaintiffs.

Respectfully Submitted, [1]

/s/ Andrew H. Turner
Andrew H. Turner  *pro hac vice*
Kristi L. Graunke, Georgia Bar Number 305653
Mary C. Bauer, Georgia Bar Number 142213
Immigrant Justice Project, Southern Poverty Law Center
233 Peachtree St. NE, Suite 2150
Atlanta, GA 30303
phone: (404) 221-5844
fax: (404) 221-5845
Email:      kristi.graunke@splcenter.org
            mary.bauer@splcenter.org
            andrew.turner@splcenter.org

Elizabeth J. Appley, Georgia Bar No. 020987
235 Peachtree St. N.E., 2212 North Tower
Atlanta, GA 30303
Telephone:  (404) 523-3800
Facsimile:   (404) 523-0426
Email: eja@appleylaw.com

Attorneys for Plaintiffs

---

[1] Pursuant to L.R. 7.1D, the undersigned certifies that this pleading complies with the font and point selections permitted by L.R. 5.1B. This Motion was prepared using the Times New Roman 14 point typeface.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have on **May 7, 2009** electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record for the Defendants:

> Bradley E. Strawn
> Latesa K. Bailey
> LITTLER MENDELSON, P.C.
> 3348 Peachtree Road N.E., Suite 1100
> Atlanta, Georgia 30326-1008

> Jacqueline E. Kalk
> LITTLER MENDELSON, P.C.
> 1300 IDS Center
> 80 South 8th Street
> Minneapolis, Minnesota 55402-2136

> ___/s/_Andrew H. Turner_____
> Andrew H. Turner
> Attorney for Plaintiffs