Exhibit B

# STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| HECTOR LUNA, et al.,<br>Plaintiffs,<br><br>vs.<br><br>DEL MONTE FRESH PRODUCE<br>(SOUTHEAST), INC., et al.<br>Defendants. | ) ) ) ) ) ) ) ) ) ) | **Case No. 1:06-cv-02000-JEC** |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff and defendants that this action be, and it hereby is, dismissed with prejudice. Except as set forth in the parties' settlement agreement filed with the Court, each side shall bear its own costs, disbursements and attorneys' fees associated with the prosecution and/or defense of this action.

_____          _____
Daniel Werner                                        Jacqueline E. Kalk
Kristi L. Graunke                                    Bradley E. Strawn
Mary C. Bauer                                        Kelly Reese
Andrew H. Turner                                   Littler, Mendelson P.C.
Immigrant Justice Project                       3344 Peachtree Rd. NE
Southern Poverty Law Center                 Suite 1500
233 Peachtree St, NE, Ste. 2150             Atlanta, GA 30326
Atlanta, GA 30303

SO ORDERED:

_____          _____
Julie E. Carnes                                                                    Date
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2010, a true and correct copy of the foregoing was filed electronically and served by mail on any previously-served unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all previously-served parties by operation of the Court's electronic filing system or by mail to any previously-served party unable to accept electronic filing.   Parties may access this filing through the court's CM/ECF System.

s/ Daniel Werner

1